**Order entered February 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01498-CR

**JEREMY DEMOND WARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75030-M**

## ORDER

Before the Court is court reporter Belinda G. Baraka's February 19, 2019 request for an extension of time. We **GRANT** the request and **ORDER** the reporter's record filed on or before March 20, 2019.

/s/    BILL PEDERSEN, III
        JUSTICE